**Marquis Aurbach**
Jared M. Moser, Esq.
Nevada Bar No. 13003
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jmoser@maclaw.com
harnold@maclaw.com
*Attorneys for Plaintiff GPS Fire Mesa, LLC*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GPS FIRE MESA, LLC, a Nevada limited liability company,

Plaintiff,

vs.

RGN-MCA NEVADA I, LLC d/b/a REGUS, a Delaware limited liability company; INTERNATIONAL WORKPLACE GROUP PLC, a Swiss public limited company; CHRISTOPHER WILLIS, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case Number: 2:26-cv-03585-APG-NJK

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANT RGN-MCA NEVADA I, LLC'S PARTIAL MOTION TO DISMISS UNDER RULE 12(b)(6) AND TO EXTEND JOINT STATUS REPORT DEADLINE**

Plaintiff GPS Fire Mesa, LLC ("GPS" or "Plaintiff"), by and through their attorneys of record Marquis Aurbach, and Defendant RGN-MCA Nevada I, LLC d/b/a Regus ("Regus"), by and through their attorneys of record, Naylor & Braster and Lynn Pinker Hurst & Schwegmann, LLP, hereby stipulate and agree to extend Plaintiff's response deadline to Defendant RGN-MCS Nevada I, LLC's Partial Motion to Dismiss Under Rule 12(b)(6) [ECF No. 9] (the "Motion"), and the Joint Status Report Deadline, as follows:

1. Regus filed its Motion on November 5, 2026.

2. GPS's current deadline to oppose the Motion is November 19, 2026.

/ / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. Regus and GPS have recently held settlement discussions in an attempt to reach a potential early resolution of this matter.

4. In furtherance of these ongoing settlement discussions, and to avoid the additional expenditure of attorneys' fees and costs, the undersigned parties submit that good cause exists to extend GPS's deadline to oppose the Motion by thirty (30) days, to December 21, 2026 (December 19th falls on a weekend).

5. Relatedly, the undersigned parties submit that good cause also exists to extend the November 28, 2026, deadline to file a Joint Status Report (per this Court's October 29, 2026 minute order [ECF No. 4]) by thirty (30) days, to December 28, 2026.

IT IS HEREBY STIPULATED.

**MARQUIS AURBACH**

By: */s/ Harry L. Arnold*
Jared M. Moser, Esq.
Nevada Bar No. 13003
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney(s) for Plaintiff GPS Fire Mesa, LLC*

**NAYLOR & BRASTER**

By: */s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
10100 W. Charleston Blvd, #120
Las Vegas, NV 89135

LYNN PINKER HURST & SCHWEGMANN, LLP
Britta Erin Stanton, Esq.
(PHV Application forthcoming)
Daniel C. Polese, Esq.
(PHV Application forthcoming)
2100 Ross Ave, #2700
Dallas, TX 75201
*Attorneys for Defendant RGN-MCA Nevada I, LLC d/b/a Regus*

IT IS SO ORDERED:

Dated: November 16, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE