**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GPS FIRE MESA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RGN-MCA NEVADA I, LLC d/b/a REGUS, a Delaware limited liability company; INTERNATIONAL WORKPLACE GROUP PLC, a Swiss public limited company; CHRISTOPHER WILLIS, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case Number:<br>2:26-cv-03585-APG-NJK<br><br>ORDER GRANTING STIPULATION TO EXTEND DEFENDANT CHRISTOPHER WILLIS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT |

Plaintiff GPS Fire Mesa, LLC ("Plaintiff"), by and through its attorneys of record Marquis Aurbach, and Defendant Christopher Willis ("Willis"), by and through his attorneys of record, Naylor & Braster and Lynn Pinker Hurst & Schwegmann, LLP, hereby stipulate and agree to extend Defendant Willis' deadline to answer or otherwise respond to Plaintiff's Complaint, as follows:

1. Plaintiff served Willis with a copy of the Complaint and Summons on November 4, 2026.

2. Willis' current deadline to answer or otherwise respond to the Complaint is November 25, 2026.

3. Plaintiff and Willis, along with Defendant RGN-MCA Nevada I, LLC *d/b/a* Regus ("Regus") are engaged in settlement discussions to attempt to reach an early resolution of this matter.

4. In furtherance of these ongoing settlement discussions, and to avoid the potentially unnecessary expenditure of attorneys' fees and costs, the undersigned parties submit that good cause exists to extend Willis' deadline to answer or otherwise respond to Plaintiff's Complaint to and including December 21, 2026.

IT IS HEREBY STIPULATED.

**MARQUIS AURBACH**

By: */s/ Harry L. Arnold*
Jared M. Moser, Esq.
Nevada Bar No. 13003
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney(s) for Plaintiff GPS Fire Mesa, LLC*

**NAYLOR & BRASTER**

By: */s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
10100 W. Charleston Blvd, #120
Las Vegas, NV 89135

LYNN PINKER HURST & SCHWEGMANN, LLP
Britta Erin Stanton, Esq.
(PHV Application forthcoming)
Daniel C. Polese, Esq.
(PHV Application forthcoming)
2100 Ross Ave, #2700
Dallas, TX 75201
*Attorneys for Defendant RGN-MCA Nevada I, LLC d/b/a Regus and Christopher Willis*

**ORDER**

IT IS SO ORDERED.

Nancy J. Koppe
United States Magistrate Judge

DATED: November 24, 2026